## A. A. Store Fixture Mart Co., Inc., Appellee, v. Seay & Thomas, Inc., Appellant.

**Gen. No. 47,415.** 

First District, First Division.

December 8, 1958.

Released for publication January 23, 1959.

Kaiser, Dodge, Dornbaugh & Sullivan (G. W. Sullivan, of counsel) for appellant; Singer & Singer (Paul S. Stern, of counsel) for appellee. Opinion by JUSTICE ROBSON. Not to be published in full.